# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CHARLES GRAHL,

        Plaintiff,

vs.

CIRCLE K STORES, INC.,

        Defendants.

2:14-cv-00305-RFB-VCF

**ORDER**

Before the court is the First Amended [Proposed] Discovery Plan and Scheduling Order (#262).

The parties propose that the discovery schedule allow 180 days from the end of the opt-in period, other being dates set consistent with that cut-off date. That request will be approved, but in the absence of the setting of the end of the opt-in period, specific discovery deadlines cannot be set.

The parties also agree that during the opt-in period, discovery will be stayed, "except as it relates to any outstanding discovery, about which the parties agree to meet-and-confer should there be any dispute."

Accordingly, IT IS HEREBY ORDERED that within 14 days of the entry of an order setting the end of the opt-in period, the parties must submit a Proposed Discovery Plan and Scheduling Order setting forth the specific deadlines required by LR 24—1(e).

IT IS FURTHER ORDERED, until this Proposed Discovery Plan and Scheduling Order setting actual dates for the deadlines is submitted to the court, discovery is stayed except as it relates to any currently outstanding discovery.

DATED this 28th day of September, 2015.

                                                          _____

                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE