Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Patrick F. Hulla (*admitted pro hac vice*)
patrick.hulla@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Ste. 400
Kansas City, MO 64111
Telephone: 816.471.1301
Fax: 816.471.1303

*Attorneys for Defendant Circle K Stores, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GRAHL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRCLE K STORES, INC., a foreign corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-305-RFB-(VCF)<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**<br><br>(***First Request***) |

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Charles Grahl ("Plaintiff") and Defendant Circle K Stores, Inc., ("Circle K" or "Defendant"), by and through their respective counsel of record, hereby request and stipulate that the deadline for Defendant to

Respond to Plaintiff's Motion to Compel ("Motion") (ECF No. 314) be extended fourteen (14) days, up to and including July 5, 2017. The present deadline is June 21, 2017.

This is the parties' first request for an extension of time for Defendant to respond to Plaintiffs' Motion. Dana B. Salmonson, counsel for Defendant, was out of the office serving jury duty in the Eighth Judicial District Court, Clark County Nevada for the majority of the week beginning on June 12, 2017. Therefore, the parties agree that in light of the foregoing, extending the deadline for Defendants to respond is appropriate. This Stipulation is made in good faith and is not intended for purposes of delay or any other improper purpose.

Therefore, the Parties jointly request that this Court grant this request and extend Defendants' response deadline up to and including July 5, 2017.

**IT IS SO STIPULATED.**

DATED: this 21st day of June, 2017.

LAW OFFICES OF STEVEN J. PARSONS

/s/ Andrew L. Rempfer
_____
Steven J. Parsons, Esq.
Andrew L. Rempfer, Esq.
Joseph N. Mott, Esq.
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8688
*Attorneys for Plaintiff Charles Grahl,
individually and on behalf of all others
similarly situated*

**IT IS SO ORDERED.**

DATED: this 21st day of June, 2017.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ Dana B. Salmonson
_____
Anthony L. Martin, Esq.
Dana B. Salmonson, Esq.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
*Attorneys for Defendant Circle K Stores, Inc.*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

6-21-2017

_____
Dated

2