Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Patrick F. Hulla (*admitted pro hac vice*)
patrick.hulla@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Ste. 400
Kansas City, MO  64111
Telephone:  816.471.1301
Fax:  816.471.1303

*Attorneys for Defendant Circle K Stores, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GRAHL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC., a foreign corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:14-cv-00305-RFB-VCF<br><br>**JOINT STATUS REPORT** |

　　　　Pursuant to the Court's April 12, 2018 Minute Order in Chambers ("Order") (ECF No. 329), Plaintiff Charles Grahl ("Plaintiff") and Defendant Circle K Stores, Inc. ("Circle K"), by and through undersigned counsel, hereby submit this Joint Status Report regarding settlement in this matter.

Pursuant to the February 14, 2018 Joint Status Report, the Parties settled all of their disputes via private mediation and were in the process of preparing the settlement documents. (ECF No. 328.) Since that time, both Plaintiff and Circle K have suffered losses that have impacted the parties' timeline to finalize both the settlement documents and class data. Because of these unfortunate delays, the parties believe that they can finalize and file the settlement documents on or before June 19, 2018.

| | |
|---|---|
| DATED this 29th day of May, 2018. | DATED this 29th day of May, 2018. |
| REMPFER MOTT LUNDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Joseph N. Mott* | /s/ *Dana B. Salmonson* |
| Joseph N. Mott<br>Nevada Bar No. 12455<br>Scott E. Lundy<br>Nevada Bar No. 14235<br>10091 Park Run Drive, #200<br>Las Vegas, NV  89145<br>*Attorneys for Plaintiff Charles Grahl* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Dana B. Salmonson<br>Nevada Bar No. 11180<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169<br>*Attorneys for Defendant Circle K Stores, Inc.* |