# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHARLES GRAHL,<br><br>            Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC., *et al.*,<br><br>            Defendants. | 2:14-cv-00305-RFB-VCF<br>**ORDER** |

Before the court is Plaintiff's request for Status Conference. (ECF No. 331).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's request for Status Conference (ECF No. 331) is GRANTED.

IT IS FURTHER ORDERED that a status hearing is scheduled for 11:00 AM, November 5, 2018, in Courtroom 3D.

DATED this 16th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE