Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Patrick F. Hulla (*admitted pro hac vice*)
patrick.hulla@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Ste. 400
Kansas City, MO 64111
Telephone: 816.471.1301
Fax: 816.471.1303

*Attorneys for Defendant Circle K Stores, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GRAHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC., a foreign corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00305-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS**<br><br>*(First Request)* |

Pursuant to LR IA 6-1, LR IA 6-2, LR 7-1 and LR 26-4, Plaintiff Charles Grahl ("Plaintiff") and Defendant Circle K Stores, Inc. ("Circle K"), by and through undersigned counsel, hereby request and stipulate to extend the current deadline of November 16, 2018 in which to provide the Court with the parties' Joint Motion for Class Action Settlement Approval

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

and related documents pursuant to the Court's November 5, 2018 Minute Order in Chambers ("Order"). (ECF No. 334.) This is the first request to extend the deadline contained within this Order. The parties recently obtained an additional Third-Party Administrator quote on November 13, 2018 and, as a result, revised the settlement documents. As a result, Defendant is awaiting Circle K's signature on the revised Settlement Agreement. Plaintiff and Plaintiff's counsel have fully executed the settlement documents. Additionally, the remaining documents have been prepared, reviewed and signed by both counsel, and are ready for filing.

Therefore, Counsel is requesting up to and including November 21, 2018 in which to provide the Court with the requested documents.

DATED this 16th day of November, 2018.  DATED this 16th day of November, 2018.

REMPFER MOTT LUNDY, PLLC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Joseph N. Mott*
Joseph N. Mott
Nevada Bar No. 12455
Scott E. Lundy
Nevada Bar No. 14235
10091 Park Run Drive, #200
Las Vegas, NV 89145

*Attorneys for Plaintiff*

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2018