Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Patrick F. Hulla (*admitted pro hac vice*)
patrick.hulla@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Ste. 400
Kansas City, MO 64111
Telephone: 816.471.1301
Fax: 816.471.1303

*Attorneys for Defendant Circle K Stores, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GRAHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC., a foreign corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00305-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL FAIRNESS HEARING**<br><br>(*First Request*) |

Pursuant to LR IA 6-1, LR IA 6-2, LR 7-1 and LR 26-4, Plaintiff Charles Grahl ("Plaintiff") and Defendant Circle K Stores, Inc. ("Circle K"), by and through undersigned counsel, hereby request and stipulate to continue the Final Fairness Hearing pursuant to the Court's December 11, 2018 Order in Chambers (ECF No. 341), presently scheduled for March 18,

2019.  This is the first request to extend the deadline contained within this Order.  In preparing the Proposed Order Granting the Motion for Approval of Class Action Settlement Agreement and Release, the parties realized that the deadline for the Plaintiffs to submit claim forms to participate in the Settlement is March 15, 2019.  Thereafter, the parties would need to obtain a declaration from the Third Party Administrator and prepare a Motion for Final Approval.  As a result, it would be impracticable to have the Final Fairness Hearing on March 18, 2019.

Therefore, Counsel is requesting the Court continue the Final Fairness Hearing for April 8, 2018 or a date thereafter.

DATED this 14th day of December, 2018.

REMPFER MOTT LUNDY, PLLC

/s/ *Joseph N. Mott*
Joseph N. Mott
Nevada Bar No. 12455
Scott E. Lundy
Nevada Bar No. 14235
10091 Park Run Drive, #200
Las Vegas, NV  89145

*Attorneys for Plaintiff*

DATED this 14th day of December, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169

*Attorneys for Defendant*

IT IS SO ORDERED.

IT IS HEREBY ORDERED that the Final Fairness Hearing scheduled for March 18, 2019 is VACATED, and RESCHEDULED to 10:00 AM, April 8, 2019, courtroom TBD.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-18-2018 _____

2