REMPFER MOTT LUNDY, PLLC
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com

Attorneys for Plaintiff
**CHARLES GRAHL**, individually and
on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHARLES GRAHL**, individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**CIRCLE K STORES, INC.**, a foreign corporation: **DOES I** through **V**, inclusive; and **ROE** corporations **I** through **V**, inclusive,<br><br>**Defendants.** | Case No. 2:14-cv-00305-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE THEIR JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARD**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 7-1, LR IA 6-1, LR IA 6-2, and LR 26-4, the Parties, by and through undersigned counsel of record, hereby stipulate and request that the Court extend the deadline for the Parties to file their Joint Motion For Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award ("Joint Motion") from the current deadline of Wednesday, March 27, 2019, up to and including Monday, April 1, 2019. This is the parties' first request for an extension of the deadline to file the Joint Motion.



| 1 | On December 12, 2018, the Court entered its Order Granting Motion for Approval of Class |
| - | - |
| 2 | Action Settlement Agreement and Release. (ECF No. 345.) In that Order, the Court implemented |
| 3 | a schedule for the claims administration procedure. (*Id.*) The Court also ordered that the parties |
| 4 | file their Joint Motion by March 27, 2019. (*Id.* at pgs. 4-6.) The Court scheduled the final fairness |
| 5 | hearing for April 8, 2019, at 10:00 a.m. (*Id.* at pg. 5.) |
| 6 | Due to some unforeseen delays in finalizing the Class Member's last known addresses and |
| 7 | data to determine the Class Member's pro rata share of the Net Settlement Fund, Simpluris, Inc., |
| 8 | settlement claims administrator, ("Simpluris") mailed the Notice Packet on January 24, 2019. |
| 9 | Class Members had up to and including March 25, 2019 to submit their Claim Forms. |
| 10 | Plaintiff's counsel has prepared a preliminary draft of the Parties' Joint Motion for Final |
| 11 | Approval. Defendant's counsel is in the process of reviewing the draft Joint Motion for additional |
| 12 | comments. Additionally, the Parties are awaiting final return numbers from Simpluris including |
| 13 | number of valid claim forms, whether any objections were received, and Simpluris' calculations |
| 14 | regarding how much of the Net Settlement Fund each claimant is entitled to receive. This |
| 15 | information, along with the final break down of attorneys' fees, costs, third-party administration |
| 16 | costs, and class representative enhancement award, will be included in the Joint Motion for the |
| 17 | Court's review. |
| 18 | . . . |
| 19 | . . . |
| 20 | . . . |
| 21 | . . . |
| 22 | . . . |
| 23 | . . . |
| 24 | . . . |
| 25 | . . . |
| 26 | . . . |
| 27 | . . . |



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com

1    Therefore, the parties request that the Court grant them an extension up to and including
2    April 1, 2019, to file the Joint Motion. Additionally, the parties request that the Court keep the
3    final fairness hearing on calendar for April 8, 2019, at 10:00 a.m.

Dated: Wednesday, March 27, 2019.                Dated: Wednesday, March 27, 2019.

REMPFER MOTT LUNDY, PLLC                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Joseph N. Mott                               /s/ Dana B. Salmonson
Joseph N. Mott                                   Anthony L. Martin
Nevada Bar No. 12455                             Nevada Bar No. 8177
Scott E. Lundy                                   Dana B. Salmonson
Nevada Bar No. 14235                             Nevada Bar No. 11180
Attorneys for Plaintiff                          Attorneys for Defendant
**CHARLES GRAHL**                                **CIRCLE K STORES, INC.**

**ORDER**

IT IS SO ORDERED.
Dated: March 27, 2019.

_____
U.S. MAGISTRATE JUDGE

37948910.1



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
info@rmllegal.com